ALAN J. DROSTE [SBN 105616]
adroste@kpdlex.com
KING PARRET & DROSTE LLP
450 Newport Center Drive, Suite 500
Newport Beach, CA 92660
Telephone: (949) 939-3484
Facsimile:  (949) 644-3993

Attorneys for Defendant
MUSCLEPHARM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TUCKER DURNFORD, individually and purportedly behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLEPHARM CORP.,<br><br>Defendant. | Case No. 3:15-cv-00413-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT MUSCLEPHARM CORPORATION FOR COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:  May 5, 2015<br>Time: 2:00 p.m.<br>Location: Courtroom 15 – 18th Floor |

Pursuant to L.R. 16-10.1(a), and for good cause, the Court hereby grants the unopposed

motion of Defendant MUSCLEPHARM CORPORATION and gives permission for its counsel

Alan J. Droste to appear telephonically at the Case Management Conference set at 2:00 p.m. on

May 5, 2015 in the above-referenced Court.

DATED: April 28, 2015

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

CERTIFICATE OF SERVICE – CM/ECF

I, Alan J. Droste, hereby certify and declare as follows:

    1.   I am over the age of 18 years and am not a party to the within cause. I am employed in the County of Orange, State of California.

    2.   My business address is 450 Newport Center Drive, Suite 500, Newport Beach, CA 92660.

    3.   On April 27, 2015, I served a true copy of the attached document titled exactly:

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT MUSCLEPHARM CORPORATION FOR COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

by filing through the CM/ECF system and thereby causing it to be served via electronic mail to all persons appearing on the docket sheet to receive service in this case, as listed below:

Michael Francis Ram                               Counsel for Plaintiff
Email: mram@rocklawcal.com
Matt J. Malone
Susan S. Brown
Email: sbrown@rocklawcal.com
Ram, Olson, Cereghino & Kopczynski LLP
555 Montgomery Street
Suite 820
San Francisco, CA 94111

Beth Ellen Terrell
Email: bterrell@tmdwlaw.com
Mary Bondy Reiten
Email: mreiten@tmdwlaw.com
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869

    I certify and declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2015, in Newport Beach, California.

                                             /S/ *Alan J. Droste*
                                           Alan J. Droste

                                           adroste@kpdlex.com
                                           Telephone: (949) 939-3484