UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUCKER DURNFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>MUSCLEPHARM CORP.,<br><br>        Defendant. | Case No.  15-cv-00413-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on May 5, 2015.  The Court refers this case to court-sponsored mediation and sets the following dates:

| Event | Date |
|---|---|
| Deadline to Amend Pleadings | October 30, 2015 |
| Close of Class Discovery | January 8, 2016 |
| Deadline to Complete Mediation | January 22, 2016 |
| Deadline to File Motion for Class Certification | February 8, 2016 |
| Deadline to File Opposition to Motion for Class Certification | March 18, 2016 |
| Deadline to File Reply in Support of Motion for Class Certification | April 1, 2016 |
| Hearing on Motion for Class Certification | April 14, 2016<br>2:00 pm |

**IT IS SO ORDERED.**

Dated: 5/5/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge