1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TUCKER DURNFORD,<br><br>          Plaintiff,<br><br>v.<br><br>MUSCLEPHARM CORPORATION,<br><br>          Defendant. | Case No. 3:15-CV-00413-HSG<br><br>**ORDER GRANTING DEFENDANT MUSCLEPHARM CORPORATION'S MOTION TO PERMIT WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>Complaint Filed: January 28, 2015<br>Trial Date: None Set |

– 1 –

Having reviewed and considered defendant MusclePharm Corporation's ("MusclePharm") Motion to Permit Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Alan J. Droste of King Parret and Droste LLP be permitted to withdraw as counsel of record for MusclePharm and Kathy J. Huang and Thomas A. Evans of Reed Smith LLP to substitute as counsel of record for MusclePharm. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated:   July 6, 2015

Hon. Haywood S. Gilliam, Jr.
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT MUSCLEPHARM CORPORATION'S
MOTION TO PERMIT WITHDRAWAL AND SUBSTITUTION OF COUNSEL