Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TUCKER DURNFORD, )
) Case No: 3:15-cv-00413
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
MUCLEPHARM CORPORATION, ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Joshua A. Klarfeld, an active member in good standing of the bar of the State of Ohio, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant MusclePharm Corporation in the above-entitled action. My local co-counsel in this case is Kathy J. Huang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1660 W.2nd Street, Suite 1100 | 355 South Grand Avenue, Suite 2900 |
| Cleveland, Ohio 44113 | Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (216) 583-7192 | (213) 457-8039 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jklarfeld@ulmer.com | khuang@reedsmith.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0079833.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/06/15

Joshua A. Klarfeld
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joshua A. Klarfeld is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/16/2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The Supreme Court of Ohio

## C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Joshua Adam Klarfeld

was admitted to the practice of law in Ohio on November 07, 2005; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 15th day of June, 2015.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Administrative Assistant*
*Attorney Services Division*