Michael F. Ram, CBS #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
Mary B. Reiten, CSB #203412
Email: mreiten@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TUCKER DURNFORD, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>MUSCLEPHARM CORP.,<br><br>  Defendant. | NO. 3:15-cv-00413-HSG<br><br>**STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>JURY TRIAL DEMAND<br><br>Honorable Haywood S. Gilliam Jr.<br><br>DATE:<br>TIME:<br>LOCATION: Courtroom 15 – 18th Floor |

STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE
A FIRST AMENDED COMPLAINT - 1
CASE NO. 3:15-CV-00413-HSG

## I. RECITALS

1. Plaintiff filed his complaint on January 28, 2015, alleging violations of the Consumer's Legal Remedies Act, Cal. Civil Code §§ 1750, et seq. ("CLRA").

2. On January 13, 2015, before filing the complaint, Plaintiff sent a letter to Defendant, which letter Plaintiff contends is in compliance with Cal. Civil Code § 1782(a), demanding Defendant correct the alleged defect in its product and make restitution.

3. Defendant disputes the purported facts set forth in the letter dated January 13, 2015, and denies that the product is defective or otherwise actionable under the CLRA, and

4. Defendant therefore did not provide a "correction, repair, replacement, or other remedy" pursuant to Cal. Civil Code § 1782(b) within the thirty days of the date of the letter. Thus, Plaintiff seeks to amend his complaint to seek damages under the CLRA pursuant to Cal. Civil Code § 1782(d).

## II. STIPULATION

1. Plaintiff and Defendant stipulate to the filing of the First Amended Complaint in substantially the same form as Exhibit 1, attached hereto.

2. Plaintiff shall file his First Amended Complaint within five business days of the order approving this stipulation.

3. Defendant shall have thirty (30) days in which to answer or otherwise respond to Plaintiff's First Amended Complaint.

RESPECTFULLY SUBMITTED AND DATED this 28th day of July, 2015.

| TERRELL MARSHALL DAUDT & WILLIE PLLC | ULMER & BERNE LLP |
|---|---|
| By: /s/ Mary B. Reiten, CSB #203412<br>Beth E. Terrell, CSB #178181<br>Email: bterrell@tmdwlaw.com<br>Mary B. Reiten, CSB #203412<br>Email: mreiten@tmdwlaw.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869 | By: /s/ Michael J. Suffern, *Admitted Pro Hac Vice by 7/23/15 Email authorization*<br>Michael J. Suffern, *Admitted Pro Hac Vice*<br>Email: msuffern@ulmer.com<br>600 Vine Street, Suite 2800<br>Cincinnati, Ohio 45202-2409 |

| | |
|---|---|
| Telephone: (206) 816-6603<br>Facsimile: (206) 350-3528 | Telephone: (513) 698-5064 |
| Michael F. Ram, CSB #104805<br>Email: mram@rocklawcal.com<br>Matt J. Malone, CSB #221545<br>Email: mjm@rocklawcal.com<br>Susan S. Brown CSG #287986<br>Email: sbrown@rocklawcal.com<br>RAM, OLSON, CEREGHINO<br>  & KOPCZYNSKI LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, California 94111<br>Telephone: (415) 433-4949<br>Facsimile: (415) 433-7311 | Joshua A. Klarfeld<br>Email: jklarfeld@ulmer.com<br>ULMER & BERNE LLP<br>1660 W.2nd Street, Suite 1100<br>Cleveland, Ohio 44113<br>Telephone: (216) 583-7192<br><br>Kathy J. Huang, CBS #240677<br>Email: khuang@reedsmith.com<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071-1514<br>Telephone: (213) 457-8000<br>Facsimile: (213) 457-8080 |
| *Attorneys for Plaintiff and the Proposed Class* | Thomas A. Evans, CSB #202841<br>Email: tevans@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, California 94105<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269 |
| | *Attorneys for Defendant* |

### III.  ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE
A FIRST AMENDED COMPLAINT - 3
CASE NO. 3:15-CV-00413-HSG

DATED this 28th day of July, 2015.

                TERRELL MARSHALL DAUDT & WILLIE PLLC

                By:   /s/ Mary B. Reiten, CSB #203412
                      Mary B. Reiten, CSB #203412
                      Email: mreiten@tmdwlaw.com
                      936 North 34th Street, Suite 300
                      Seattle, Washington  98103
                      Telephone:  (206) 816-6603
                      Facsimile:  (206) 350-3528

*Attorneys for Plaintiff and the Proposed Class*

## IV.  ORDER

IT IS SO ORDERED.

Dated this 28th day of July, 2015.

                _____
                Haywood S. Gilliam Jr.
                UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Mary B. Reiten, hereby certify that on July 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Kathy J. Huang, CBS #240677
> Email: khuang@reedsrnith.com
> REED SMITH LLP
> 355 South Grand Avenue, Suite 2900
> Los Angeles, California 90071-1514
> Telephone: (213) 457-8000
> Facsimile: (213) 457-8080
>
> Thomas A. Evans, CSB #202841
> Email: tevans@reedsmith.com
> REED SMITH LLP
> 101 Second Street, Suite 1800
> San Francisco, California  94105
> Telephone: (415) 543-8700
> Facsimile: (415) 391-8269
>
> Michael J. Suffern, *Admitted Pro Hac Vice*
> Email:  msuffern@ulmer.com
> ULMER & BERNE LLP
> 600 Vine Street, Suite 2800
> Cincinnati, Ohio 45202-2409
> Telephone:  (513) 698-5064
>
> Joshua A. Klarfeld
> Email:  jklarfeld@ulmer.com
> ULMER & BERNE LLP
> 1660 W.2nd Street, Suite 1100
> Cleveland, Ohio 44113
> Telephone:  (216) 583-7192
>
> *Attorneys for Defendant*

STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE
A FIRST AMENDED COMPLAINT - 5
CASE NO. 3:15-CV-00413-HSG

1    DATED this 28th day of July, 2015.

                                TERRELL MARSHALL DAUDT & WILLIE PLLC


                                By:   /s/ Mary B. Reiten, CSB #203412
                                      Mary B. Reiten, CSB #203412
                                      Email: mreiten@tmdwlaw.com
                                      936 North 34th Street, Suite 300
                                      Seattle, Washington  98103
                                      Telephone:  (206) 816-6603
                                      Facsimile:  (206) 350-3528

                                *Attorneys for Plaintiff and the Proposed Class*

STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE
A FIRST AMENDED COMPLAINT - 6
CASE NO. 3:15-CV-00413-HSG