Michael F. Ram, CBS #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
Mary B. Reiten, CSB #203412
Email: mreiten@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TUCKER DURNFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLEPHARM CORP.,<br><br>Defendant. | NO. 3:15-cv-00413-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>JURY TRIAL DEMAND<br><br>Judge:  Hon. Haywood S. Gilliam Jr.<br>Place:  Courtroom 15 – 18th Floor<br>          San Francisco, CA |

## I. RECITALS

1. MusclePharm Corp. ("MP") has filed a motion to dismiss the First Amended Complaint ("FAC") set for hearing on October 15, 2015.

2. Under the local rules Plaintiff's response date would be September 10, 2015, and MP's reply date September 17, 2015.

3. When meeting and conferring regarding the hearing date, Plaintiff's counsel Mary Reiten informed defense counsel that she is scheduled for surgery on August 31, 2015, and would be out of the office until September 14, 2015. Ms. Reiten will be taking the lead in briefing a response to MP's motion to dismiss.

4. In addition, Plaintiff's counsel Michael Ram is also scheduled for surgery on August 31, 2015, and his return date is unknown at this time. And Plaintiff's counsel Susan Brown has a prearranged vacation from September 7-11, 2015.

5. Defense counsel agreed during the meet-and-confer to set out the deadline for Plaintiff's response given Ms. Reiten's scheduled surgery to September 28, 2015.

## II.  STIPULATION

In light of the foregoing, the parties HEREBY STIPULATE:

1. Plaintiff's response to MP's motion to dismiss shall be due on September 28, 2015.

2. Defendant's reply to Plaintiff's response shall be due on October 5, 2015.

Dated: September 2, 2015     By:     */s/ Michael F. Ram*
Michael F. Ram, CSB #104805
Email:  mram@rocklawcal.com
Matt J. Malone, CSB #221545
Email: mjm@rocklawcal.com
Susan S. Brown CSG #287986
Email: sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Beth E. Terrell, CSB #178181
Email:  bterrell@tmdwlaw.com
Mary B. Reiten, CSB #203412
Email: mreiten@tmdwlaw.com

|   |   |   |
|---|---|---|
| 1 |   | TERRELL MARSHALL DAUDT |
|   |   |    & WILLIE PLLC |
| 2 |   | 936 North 34th Street, Suite 300 |
|   |   | Seattle, Washington 98103-8869 |
| 3 |   | Telephone: (206) 816-6603 |
|   |   | Facsimile: (206) 350-3528 |

*Attorneys for Plaintiff and the Proposed Class*

Dated: September 2, 2015           */s/ Kathy J. Huang*
                                   Kathy J. Huang, CBS #240677
                                   Email: khuang@reedsmith.com
                                   REED SMITH LLP
                                   355 South Grand Avenue, Suite 2900
                                   Los Angeles, California 90071-1514
                                   Telephone: (213) 457-8000
                                   Facsimile: (213) 457-8080

                                   Thomas A. Evans, CSB #202841
                                   Email: tevans@reedsmith.com
                                   REED SMITH LLP
                                   101 Second Street, Suite 1800
                                   San Francisco, California 94105
                                   Telephone: (415) 543-8700
                                   Facsimile: (415) 391-8269

                                   Michael J. Suffern, *Admitted Pro Hac Vice*
                                   Email: msuffern@ulmer.com
                                   ULMER & BERNE LLP
                                   600 Vine Street, Suite 2800
                                   Cincinnati, Ohio 45202-2409
                                   Telephone: (513) 698-5064

                                   Joshua A. Klarfeld, *Admitted Pro Hac Vice*
                                   Email: jklarfeld@ulmer.com
                                   ULMER & BERNE LLP
                                   1660 W.2nd Street, Suite 1100
                                   Cleveland, Ohio 44113
                                   Telephone: (216) 583-7192

                                   *Attorneys for Defendant*

/ / /

/ / /

### III.  ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated:  September 2, 2015          By:     */s/ Michael F. Ram*
Michael F. Ram, CSB #104805
Email:  mram@rocklawcal.com
Matt J. Malone, CSB #221545
Email: mjm@rocklawcal.com
Susan S. Brown CSG #287986
Email: sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Plaintiff and the Proposed Class*

### IV.  ORDER

IT IS SO ORDERED.

Dated:  September 2, 2015

_____
UNITED STATES DISTRICT JUDGE