UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUCKER DURNFORD<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MUSCLEPHARM CORP.,<br><br>　　　　Defendant. | Case No. 15-cv-00413-HSG   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: January 22, 2015<br>Mediator:  Michael Bien |

　　　IT IS HEREBY ORDERED that the request to excuse plaintiff Tucker Durnford from appearing in person at the January 22, 2016, mediation before Michael Bien is GRANTED.  Mr. Durnford shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　**IT IS SO ORDERED**.

Dated: December 1, 2015

Maria-Elena James
United States Magistrate Judge