UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUCKER DURNFORD, | Case No.  15-cv-00413-HSG |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MUSCLEPHARM CORP., | |
| Defendant. | |

On December 18, 2015, the Court granted Defendant MusclePharm Corp.'s motion to dismiss Plaintiff Tucker Durnford's first amended class action complaint.  Dkt. No. 52.  The Court granted Plaintiff leave to file an amended complaint within 21 days.  *Id.*  The deadline for Plaintiff to file his second amended complaint has passed.

Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute.  To that end, Plaintiff shall file a statement of two pages or less by January 22, 2016, describing the status of the case and explaining why no second amended complaint has been filed. The statement also must state whether Plaintiff intends to file such a complaint.

**IT IS SO ORDERED.**

Dated: 1/20/2016

_____

HAYWOOD S. GILLIAM, JR.
United States District Judge