UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUCKER DURNFORD,<br>　　　　　Plaintiff,<br>　　v.<br>MUSCLEPHARM CORP.,<br>　　　　　Defendant. | Case No. 15-cv-00413-HSG<br><br>**JUDGMENT**<br>Re: Dkt. No. 56 |

　　　　Judgment is hereby entered consistent with the Court's Order of Dismissal,

　　　　This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

　　　　Dated at Oakland, California, this 10th day of February, 2016.

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Nikki D. Riley
　　　　　　　　　　　　　　　　　　　Deputy Clerk to the Honorable
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.