UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 05 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TUCKER DURNFORD, individually and on behalf of all others similarly situated,

        Plaintiff - Appellant,

v.

MUSCLEPHARM CORP.,

        Defendant - Appellee.

No. 16-15374

D.C. No. 3:15-cv-00413-HSG
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered October 12, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $170.40.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7