# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TUCKER DURNFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLEPHARM CORP.,<br><br>Defendant. | Case No.: 4:15-cv-00413-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Haywood S. Gilliam, Jr. |

Upon review of the parties' Stipulated Request to Continue Case Management Conference, and good cause showing therefor, it is hereby ordered that the Case Management Conference set for December 4, 2018 in this matter is continued to December 18, 2018, at 2:00 p.m.

DATED: November 28, 2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge