UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| TUCKER DURNFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLEPHARM CORP.,<br><br>Defendant. | NO. 4:15-cv-00413-HSG<br><br>[PROPOSED] ORDER GRANTING DEFENDANT MUSCLEPHARM CORPORATION'S MOTION TO PERMIT WITHDRAW OF COUNSEL<br><br>Honorable Haywood S. Gilliam Jr.<br><br>Hearing Date:<br>Complaint Filed: January 28, 2015<br>Trial Date: None Set |

Having reviewed and considered defendant MusclePharm Corporation's ("MusclePharm") Motion to Permit Withdrawal of Counsel, and good cause appearing, the Court hereby orders that Michael J. Suffern and Joshua A. Klarfeld of Ulmer & Berne LLP be permitted to withdraw as counsel of record for MusclePharm. Thomas A. Evans of Reed Smith LLP will continue as counsel of records for MusclePharm. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: 12/18/2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge