Michael F. Ram, SBN 104805
Email: mram@robinskaplan.com
Susan S. Brown, SBN 287986
Email: sbrown@robinskaplan.com
ROBINS KAPLAN LLP
2440 W. El Camino Real Suite 1000
Mountain View, CA 94040
Telephone: (650) 784-4007
Facsimile: (650) 784-4040

*Attorneys for Plaintiff
and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TUCKER DURNFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>MUSCLEPHARM CORP.,<br><br>Defendant. | NO. 4:15-cv-00413-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULING**<br><br>Honorable Haywood S. Gilliam Jr. |

Plaintiff Tucker Durnford, individually and all others similarly situated ("Plaintiff"), and Defendant MusclePharm, Corporation. ("MusclePharm"), hereby stipulate through their respective counsel of record as follows:

The Parties propose the following deadlines regarding class certification. In the event either party submits expert testimony in support of or in opposition to the Motion for Class Certification, that party shall make the experts available for deposition no later than the dates indicated below. The Parties further propose that all other deadlines be set after the Court rules on class certification.

Completion of Fact Discovery: May 20, 2019

Plaintiff files Motion for Class Certification: July 18, 2019

Deposition of Expert Declarants in Support of Motion: July 24, 2019

Defendant files its Opposition: August 26, 2019

Deposition of Expert Declarants in Support of Opposition: August 30, 2019

Plaintiff files his Reply: September 9, 2019

Hearing date: September 26, 2019 at 2:00 p.m.

RESPECTFULLY SUBMITTED AND DATED this 28th day of December, 2018.

| ROBINS KAPLAN LLP | ALSTON & BIRD LLP |
|---|---|
| By: */s/Michael F. Ram* <br> Michael F. Ram (SBN 104805) <br> Email: mram@robinskaplan.com <br> Susan S. Brown CSB #287986 <br> Email: sbrown@robinskaplan.com <br> 2440 W. El Camino Real Suite 1000 <br> Mountain View, CA 94040 <br> Telephone: (650) 784-4007 <br> Facsimile: (650) 784-4040 | By: */s/Thomas A. Evans* <br> Thomas A. Evans, SBN 202841 <br> Email: tom.evans@alston.com <br> 560 Mission St., Suite 2100 <br> San Francisco, CA 94105 <br> Telephone: (415)243-1000 <br> Facsimile: (415)243-1001 |
| *Attorneys for Plaintiff and the Proposed Class* | *Attorneys for Defendant MusclePharm Corp.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:　　1/2/2019

Honorable Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE CLASS
CERTIFICATION SCHEDULING - 2
CASE NO.　15-CV-00413-HSG