Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUCKER DURNFORD,<br><br>        Plaintiff(s),<br><br>v.<br><br>MUSCLEPHARM CORP.,<br><br>        Defendant(s). | Case No: 4:15-cv-00413<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Benjamin M. Drachler**, an active member in good standing of the bar of **Washington**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiff Tucker Durnford** in the above-entitled action. My local co-counsel in this case is **Michael F. Ram**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 936 North 34th Street, Suite 300<br>Seattle, Washington 98103 | 2440 West El Camino Real, Suite 100<br>Mountain View, California 94040 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 816-6603 | (650) 784-4040 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bdrachler@terrellmarshall.com | mram@robinskaplan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **51021**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/02/19

                                                          **Benjamin M. Drachler**
                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Benjamin M. Drachler** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/9/2019

                                                         *Haywood S. Gill Jr.*
                                      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 51021 |
| OF | ) | **CERTIFICATE** |
| BENJAMIN MICHAEL DRACHLER | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Erin L. Lennon, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**BENJAMIN MICHAEL DRACHLER**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on August 30, 2016, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 26th day of December, 2018.

Erin L. Lennon
Supreme Court Deputy Clerk
Washington State Supreme Court