Michael F. Ram, CSB #104805
Email: mram@robinskaplan.com
Susan S. Brown, CSB #287986
Email: sbrown@robinskaplan.com
ROBINS KAPLAN LLP
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TUCKER DURNFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLEPHARM CORP.,<br><br>Defendant. | NO. 4:15-cv-00413-HSG<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO PERMIT WITHDRAWAL OF COUNSEL**<br><br>JURY TRIAL DEMAND<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>DATE:<br>TIME:<br>LOCATION: Courtroom 2 – 4th Floor |

Having reviewed and considered Plaintiff Tucker Durnford's ("Plaintiff") Unopposed Motion to Permit Withdrawal of Counsel, and good cause appearing, the Court hereby orders that Mary B. Reiten of Terrell Marshall Law Group PLLC be permitted to withdraw as counsel of record for Plaintiff. Beth E. Terrell of Terrell Marshall Law Group PLLC, Michael F. Ram and Susan S. Brown of Robins Kaplan LLP, and Jeffrey Cereghino and Matt J. Malone of

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO PERMIT WITHDRAWAL OF
COUNSEL - 1
CASE NO. 4:15-CV-00413-HSG

Cereghino Law Group will continue as counsel of record Plaintiff. The Court's ECF system shall be updated to reflect these changes.

IT IS SO ORDERED.

Dated: February 7, 2019

_Haywood S. Gilliam Jr._
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO PERMIT WITHDRAWAL OF
COUNSEL - 2
CASE NO. 4:15-CV-00413-HSG