# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TUCKER DURNFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLEPHARM CORP.,<br><br>Defendant. | Case No.: 4:15-cv-00413-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINES FOR DISCOVERY AND MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Haywood S. Gilliam, Jr. |

Upon review of the parties' Stipulated Request to Extend Deadlines for Discovery and Motion for Class Certification, and good cause showing therefor, it is hereby ordered that the deadlines in the Court's scheduling order be extended and set as follows:

Completion of Fact Discovery: July 30, 2019

Plaintiff files Motion for Class Certification: September 30, 2019

Deposition of Expert Declarants in Support of Motion: October 8, 2019

Defendant files Opposition to Motion for Class Certification: November 8, 2019

Deposition of Expert Declarants in Support of Opposition: November 15, 2019

Plaintiff files Reply: November 25, 2019

Plaintiff's Motion for Class Certification shall be heard on December 19, 2019 at 2:00 p.m.

DATED: April 2, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge